UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHARLES F. MURRAY,<br><br>    Plaintiff,<br><br> v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 09-1494 (PLF)

ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that defendant's motions to dismiss or, in the alternative, for summary judgment [Dkt. #14, 15, 27] are GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE; it is

FURTHER ORDERED that plaintiff's Privacy Act claims are DISMISSED; and it is

FURTHER ORDERED that, not later than November 15, 2010, defendant shall file either a dispositive motion or a proposed schedule for resolution of the outstanding issues in this case.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: September 29, 2010